# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 2026-1878

**Short Case Caption:** Sight Sciences, Inc. v. Ivantis Inc.

> **Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's Manage My Account. Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

| | |
|---|---|
| Sight Sciences, Inc. | |
| **Principal Counsel:** Orion Armon | Admission Date: 7/15/2004 |
| Firm/Agency/Org.: Cooley LLP | |
| Address: 1144 15th St., Ste. 2300, Denver, CO 80202 | |
| Phone: 720-566-4000 | Email: oarmon@cooley.com |
| **Other Counsel:** Joseph Van Tassel | Admission Date: 1/30/2018 |
| Firm/Agency/Org.: Cooley LLP | |
| Address: 11951 Freedom Drive, Reston, VA 20190-5656 | |
| Phone: 703-456-8000 | Email: jvantassel@cooley.com |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 6/10/26

Signature: /s/ Orion Armon

Name: Orion Armon

## [DO NOT SUBMIT THIS PAGE IF IT IS BLANK.]

| **Other Counsel:** Juan Pablo Gonzalez | Admission Date: 6/10/2026 |
|---|---|
| Firm/Agency/Org.: Cooley LLP | |
| Address: 3175 Hanover St., Palo Alto, CA 94304-1130 | |
| Phone: 650-843-5000 | Email: jgonzalez@cooley.com |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |