# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## <u>NOTICE OF RELATED CASE INFORMATION</u>

**Case Number**   2026-1878

**Short Case Caption**   Sight Sciences, Inc. v. Ivantis Inc.

**Filing Party/Entity**   Sight Sciences, Inc.

**Instructions:** Do not duplicate information. The notice must only be filed at the time of filing the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. *See* Fed. Cir. R. 47.5(b). Attach additional pages as needed. This notice must not be included in a motion, petition, related response, or brief; please only include the Certificate of Interest (Form 9) in those documents.

1. **Related or prior cases.** Provide the case title, case number, and originating tribunal for each case. Fed. Cir. R. 47.5(b)(1).

In re reexam of 9,370,443; Case No. 90/019,996 (PTAB) (Patent Office to issue ex parte reexamination certificate confirming patentability of all claims) (May 5, 2026 Notice of Intent to Issue Ex Parte Reexamination Certificate))

In re reexam of 8,287,482; Case No. 90/019,995 (PTAB)

In re reexam of 11,389,328; Case No. 90/019,991 (PTAB)

☐      Additional pages attached

2. **Names of all parties involved in the cases listed above.** Do not duplicate the names of parties. Do not relist the case information. Fed. Cir. R. 47.5(b)(2)(A).

Sight Sciences, Inc.

☐    Additional pages attached

3. **Names of all law firms, partners, and associates in the cases listed above.** Do not duplicate the names of law firms, partners, and associates. Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).

Charles Hauff; R. Scott Weide; Howard Sobelman; Grant Langton; R. Lee Fraley; Cynthia Pillote; Ketan S. Vakil; Christopher Bright; John Platt; J. Damon Ashcraft; David Barker; April Wurster; David Nigro; Ryan Ricks; Todd Rinner; Andrew Flior; Jason Gersting; Ali Uyanik; Kyle Graves; Christopher Franich; Trent Hoffman; Robert Clarke; Anthony Marino; Nathaniel Housel; Matthew Kramer; Alexandra Nathe; Haley Breedlove; Kelsey Werdall; Gabriela Berigan; Michael Hopkins; John Urbanic; Emily McCorry; Sydney Virtue; Snell & Wilmer, LLP

☐    Additional pages attached

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 06/10/2026

Signature: /s/ Orion Armon

Name: Orion Armon