# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number:** 2026-1878

**Short Case Caption:** Sight Sciences, Inc. v. Ivantis, Inc.

**Filing Party** Sight Sciences, Inc.

**Instructions.** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. An amended docketing statement is required for each new appeal or cross-appeal consolidated after the first filing.

Issues to be raised on appeal:

Affirmance of judgment in favor of Plaintiff/Appellee Sight Sciences, Inc.

Relief awarded below (if damages, specify):   ☐ None/Not Applicable

The district court awarded Sight Sciences $55,437,458 in damages and interest, and an ongoing royalty of 10% of revenue on all infringing sales of the accused product from April 1, 2026 through expiration of the last-to-expire asserted claim, subject to post-judgment interest.

Briefly describe the judgment/order appealed from:

Following a jury trial and resolution of post-trial motions, the district court entered Final Judgment on April 22, 2026 affirming validity of patents asserted by Sight Sciences and infringement of the asserted patents by Defendant/Appellant, Ivantis, Inc.

| Nature of Judgment (select one:) | Date of Judgment: 4/22/2026 |
| --- | --- |
| ☑ Final Judgment, 28 USC § 1295 <br> ☐ Rule 54(b) <br> ☐ Interlocutory Order (specify type) _____ <br> ☐ Other (explain) _____ | |

Date: 6/10/2026

Signature: /s/ Orion Armon

Name: Orion Armon