**No. 26-1878**

# UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

SIGHT SCIENCES, INC.,
*Plaintiff-Appellee*,

v.

IVANTIS, INC., ALCON RESEARCH, LLC, ALCON VISION, LLC,
AND ALCON INC.,
*Defendants-Appellants.*

Appeal from the United States District Court for the District of
Delaware, Case No. 1:21-CV-1317, Judge Jennifer L. Hall

## APPELLANTS' RULE 10(b)(1)(B) CERTIFICATE
## RE: TRANSCRIPTS

Per Fed. R. App. 10(b)(1)(B), Appellants certify that no transcript

will be ordered, on the understanding that all relevant district court pro-

ceedings are already transcribed.

June 10, 2026

Respectfully submitted,

*/s/William H. Burgess*

William H. Burgess
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue N.W.
Washington, DC 20004
(202) 389-5000